584 A.2d 210

DOMINICK CELLI v. SARAH DREBITKO.

THOMAS PHILIP AYERS v. SARAH E. DREBITKO.

GARY C. SANTORA v. SARAH DREBITKO.

May 7, 1990.

Petition for certification denied.

584 A.2d 210

STEPHEN D'ONOFRIO v. JAMES J. CURRY, JR.

May 7, 1990.

Petition for certification denied.

584 A.2d 210

THEODORE RUDBART v. FIRST FIDELITY BANK, N.A., N.J.

MADELINE OKIN, ETC. v. FIRST FIDELITY BANK, N.A., N.J.

May 7, 1990.

Petition for certification granted.  (See 238 *N.J.Super.* 41, 568 *A.*2d 1213.)